UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVA'S PHOTOGRAPHY, INC.,　　　　　　　　23-cv-6969 (JGK)

　　　　　　　Plaintiff,　　　　　　　　ORDER

　　- against -

VALNET, INC.,

　　　　　　　Defendant.

---

JOHN G. KOELTL, District Judge:

　　The parties are directed to submit a Rule 26(f) report by December 11, 2023.

SO ORDERED.

Dated:　　New York, New York
　　　　　November 27, 2023

　　　　　　　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　United States District Judge