UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVA'S PHOTOGRAPHY, INC.,
                        Plaintiff(s)

        23 civ 6969 (JGK)

      -against-

VALNET, INC.,
                        Defendant(s).
------------------------------------------------------------X

## ORDER

The Court, via order of November 27, 2023, having directed the parties to submit a 26(f) report by December 11, 2023,

The conference scheduled for December 5, 2023, is canceled.

**SO ORDERED.**

                                                   **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 28, 2023